| | |
|---|---|
| 1 | CLAYTON E. CLEMENT State Bar No. 42751 |
|   | MAUREEN REILLY State Bar No. 260986 |
| 2 | CLEMENT, FITZPATRICK & KENWORTHY PC |
|   | 3333 Mendocino Avenue, Suite 200 |
| 3 | Santa Rosa, California 95403-2233 |
|   | Telephone: (707) 523-1181   FAX: (707) 546-1360 |
| 4 | E-Mail: cclement@cfk.com |

Attorneys for Redwood Empire Disposal
Sonoma County, Inc.

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD EMPIRE DISPOSAL SONOMA COUNTY, INC., a California corporation, | CASE NO. C 10-05736 LB |
| Plaintiff, | |
| vs. | STIPULATION FOR THE FILING OF THE FIRST AMENDED COMPLAINT AND FOR REMAND TO STATE COURT; AND ORDER THEREON |
| CURTIS J. MICHELINI, an individual; HARRY A. HARDIN, SR., an individual; GLOBAL MATERIALS RECOVERY SERVICES, INC., a California corporation; INDUSTRIAL CARTING, form of entity unknown; and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** among the parties to this action, acting through their attorneys, as follows:

1. The court may enter its order permitting the filing of plaintiff's First Amended Complaint in the form attached to this stipulation as Exhibit A.

2. Following the filing of the First Amended Complaint, the court may enter its order remanding this matter to the Superior Court of the State of California for the County of

/ / / / /

Stipulation for the Filing of the First Amended Complaint
And For Remand to State Court; and Order Thereon (C 10-5736 LB)   1

1 | Sonoma by executing an order in the form attached as Exhibit B to this stipulation, or such
2 | other order adopted by the court.

3.  Plaintiff has abandoned all claims of unfair business practice based upon alleged violations of the Clean Water Act. Plaintiff will not by amendment to the existing complaint following remand or otherwise again assert that the actions of defendants described in the First Amended Complaint are violations of the Clean Water Act unless plaintiff first complies with all relevant notice requirements contained in the Clean Water Act.

DATED: February 17, 2011      CLEMENT, FITZPATRICK & KENWORTHY

By _____
CLAYTON E. CLEMENT
Attorneys for Plaintiff

DATED: February 24, 2011

_____
GIDEON KRACOV
Attorney for Defendants Curtis J. Michelini, Harry A. Hardin, Global Materials Recovery Services, Inc., dba Industrial Carting

## ORDER

Based on the foregoing stipulation and good cause appearing, it is hereby ordered:

1. Plaintiff shall be entitled to file its First Amended Complaint in the form attached as Exhibit A.

2. The stipulation of the parties relative to plaintiff's claims under the Clean Water Act is approved.

3. The court shall make a separate order remanding the matter to the Sonoma County Superior Court.

DATED: March 1, 2011      _____
MAGISTRATE LAUREL BEELER