# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| REDWOOD EMPIRE DISPOSAL SONOMA COUNTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CURTIS J. MICHELINI, *et al.*, <br><br> Defendants. <br> _____/ | No. C 10-05736 LB <br><br> **ORDER REMANDING CASE** |

On March 1, 2011, after the court granted leave to amend, Plaintiff Redwood Empire Disposal Sonoma County, Inc. filed an amended complaint. *See* ECF No. 25. The amended complaint is identical to the complaint previously filed as an exhibit to the parties' stipulation and proposed order for filing a first amended complaint and for remand to state court. *See* ECF No. 23-1.

The amended complaint – which deletes the allegations that Defendants violated the Clean Water Act, 33 U.S.C. §§ 1341 and 1344 – contains only state law claims. The court holds that it lacks subject-matter jurisdiction, and remand is appropriate and fair. *See Carnegie-Mellon University v. Cohill*, 484 U.S. 343, 351 (1988).

Accordingly, the court now remands the case to Sonoma County Superior Court.

**IT IS SO ORDERED.**

Dated: March 8, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER REMANDING CASE (C 10-05736 LB)